**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: June 17, 2016**

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No.    15- 33616 |
| Elmer R. Marchbanks | * | Chapter 13 (Judge Humphrey) |
| Debtor | * | |
| | * | |

### ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM OF CREDITOR

This matter is before the Court upon the Objection of the Debtor objecting to the Proof of Claim of Creditor, Wells Fargo Bank, NA Attention Bankruptcy Department filed May 10, 2016 (Docket No. 32); the Court being advised that there has been no timely response filed to the Debtor's objection.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Debtor's objection is well taken and is hereby sustained.

**IT IS FURTHER ORDERED** that the claim filed by Wells Fargo Bank NA on April 6, 2016 as a Notice of Payment Change, Court claim 9, Trustee's Claim No. 51, in the monthly payment amount of $1,094.26 be paid as a Class 1 claim in the monthly payment amount of $1,030.00.

**IT IS SO ORDERED.**

/s/ John Frederick Kennel\_\_\_
John Frederick Kennel, #0090218
Case Attorney for Debtor
1340 Woodman Drive
Dayton, Ohio 45432
(937) 252-2030

Copies to:

Default List plus additional parties:

Ocwen Loan Servicing, LLC, Roberston, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, Florida 33487 Attn: Elizabeth L. Doyaga

Wells Fargo Bank NA, Attention: Bankruptcy Department, 3476 Stateview Blvd., MAC #D3347-014, Fort Mill, SC 29715-7203

John G. Stumpf, CEO of Wells Fargo Bank NA, Corporate Office, 420 Montgomery Street, San Francisco, CA 94104

###